ELECTRONICALLY
FILED

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS   JAN 2 5 2013

3rd

TIME:_____

CASE #:_____

**TERRANCE KEATON**                                                                                         **PLAINTIFF**

V.                                     NO. 60CV-13-416

**TRI-STATE/SCHINDLER ELEVATOR COMPANY and JOHN DOE       DEFENDANTS**

## COMPLAINT

Comes now the plaintiff, Terrance Keaton, by and through his attorney, Jeffrey M. Graham, and for his cause of action against defendant Tri-State/Schindler Elevator Company and defendant John Doe, states:

1. Terrance Keaton is and was at the time of the incident complained of herein a resident of Pulaski County, Arkansas.

2. Defendant Tri-State/Schindler Elevator Company is a foreign corporation organized and existing under the laws of the state of Louisiana with an agent for service of process in Pulaski County, Arkansas.

3. Defendant John Doe is a legal person bearing responsibility for the maintenance and repair of elevators at Baptist Medical Center, 9601 I-630, Exit 7, Little Rock, Arkansas.

4. An affidavit executed by Jeffrey M. Graham, attorney for plaintiff, Terrance Keaton is attached hereto as Exhibit "A" pursuant to Ark. Code Ann. §16-56-125(c).

5. This Court has proper jurisdiction and venue over the parties pursuant to Ark. Code Ann. §16-13-201, §16-58-120 and §16-60-112 due to the fact that the incident in which Terrance Keaton sustained the injuries and damages complained of herein occurred in Pulaski County, Arkansas.

Page -1-



6.  On January 23, 2010, Terrance Keaton was an employee of Baptist Health System working at Baptist Medical Center at 9601 I-630, Exit 7, Little Rock, Pulaski County, Arkansas and was attempting to step off of an elevator at Baptist Medical Center at which time the elevator malfunctioned dropping a significant distance below the first floor where it should have stopped proximately causing Terrance Keaton to sustain serious, painful and permanent injuries.

7.  Defendant Tri-State/Schindler Elevator Company was on January 23, 2010 under a duty imposed by contract between Tri-State/Schindler Elevator Company and Baptist Health System to maintain and service the elevator that malfunctioned and injured Terrance Keaton. Plaintiff is not currently in possession of a copy of the contract. Plaintiff reserves the right to amend this pleading and attach a copy of the contract after a copy of same has been secured through discovery.

8.  Plaintiff Terrance Keaton is a third party beneficiary of the maintenance/service contract between defendant Tri-State/Schindler Elevator Company and Baptist Health Systems.

9.  Any actions or failures to act by the agents, servants or employees of defendant Tri-State/Schindler Elevator Company in regard to the maintenance and service of the elevator which injured Terrance Keaton are imputed to defendant Tri-State/Schindler Elevator Company by the doctrine of *respondeat superior*.

10. Defendant John Doe proximately caused the injuries and damages of Terrance Keaton by virtue of his/its negligence in failing to use ordinary care to properly maintain the elevator which injured Terranced Keaton.

11. Defendant Tri-State/Schindler Elevator Company, by and through its agents, servants or employees acting within the course and scope of their employment was negligent in failing to use ordinary care to maintain and service the elevator that injured plaintiff Terrance Keaton. The exact

manner in which the elevator malfunctioned and injured Terrance Keaton is not currently known to plaintiff. The elevator which injured Terrance Keaton was under the exclusive control of defendant Tri-State/Schindler Elevator Company and its agents, servants and employees. In the normal course of events, no injury would have occurred if defendant Tri-State/Schindler Elevator Company and its agents, servants and employees had used ordinary care to maintain and service the elevator. No argument can be made that plaintiff substantially caused or contributed to his injuries. The doctrine of *res ipsa loquitur* is applicable.

12. As a result of the failure of defendant Tri-State/Schindler Elevator Company by and through its agents, servants or employees acting within the course and scope of their employment to use ordinary care to maintain and service the elevator and as a result of the negligence of defendant John Doe, plaintiff Terrance Keaton has suffered excruciating pain and mental anguish and specifically suffered an injury to his left ankle causing Terrance Keaton to have to submit to numerous painful, frightening and risky medical procedures including multiple surgeries on his left ankle.

13. Plaintiff Terrance Keaton states further that as a result of the negligent acts and omissions of defendants Tri-State/Schindler Elevator Company and John Doe, he has been forced to incur large expenses for medical care and treatment; that he has been caused for a period of time to refrain from working thereby incurring a loss of income; that he has suffered and will continue to suffer pain and mental anguish in the future; that he has sustained permanent scarring; that his injuries are permanent; and, that he will be required to incur the cost of medical care and treatment in the future.

14. Plaintiff Terrance Keaton requests a jury trial in this action.

**WHEREFORE**, plaintiff Terrance Keaton prays for judgment against defendant Tri-State/Schindler Elevator Company and defendant John Doe, jointly and severally, for his physical

injuries and mental anguish, past and future, in an amount sufficient to justly compensate him, said damages being in excess of the minimum jurisdictional amount for diversity of citizenship suits in the United States District Courts; for his costs herein expended, and for all other relief which this Honorable Court deems just and proper.

Respectfully submitted,

*JEFFREY M. GRAHAM, P.A.*
Attorney for Plaintiff
905 LaHarpe Boulevard
Little Rock, Arkansas 72201
(501) 614-6020

BY: _____
Jeffrey M. Graham, #81075

## AFFIDAVIT OF JEFFREY M. GRAHAM

STATE OF ARKANSAS )
                  ) SS.
COUNTY OF PULASKI )

Before the undersigned notary public, duly qualified and acting in and for this said county and state, appeared Jeffrey M. Graham to me well known to be the affiant herein and stated the following under oath:

The identity of one or more tortfeasors who proximately caused the injuries and damages of Terrance Keaton is present unknown.

IN WITNESS WHEREOF, I hereunto set my hand this 25th day of January, 2013.

_____
Jeffrey M. Graham

Subscribed and sworn to before me on this 25th day of January, 2013.

_____
Notary Public

My Commission Expires:

JOANNE W. STRICKLAND
NOTARY PUBLIC-STATE OF ARKANSAS
(Seal) PULASKI COUNTY
My Commission Expires 12-15-13

**EXHIBIT "A"**

ELECTRONICALLY FILED
2013-Jul-17 13:42:40
60CV-13-416

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## DIVISION 3

**TERRANCE KEATON**                                                     **PLAINTIFF**

**V.**                 **NO. 60CV-2013-416**

**TRI-STATE/SCHINDLER ELEVATOR
COMPANY and JOHN DOE**                                     **DEFENDANTS**

### WARNING ORDER

THE DEFENDANT, TRI-STATE/SCHINDLER ELEVATOR COMPANY IS HEREBY WARNED TO APPEAR IN THIS COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF FIRST PUBLICATION OF THIS WARNING ORDER TO ANSWER THE COMPLAINT OF THE PLAINTIFF. FAILURE TO ANSWER WITHIN THIRTY DAYS MAY RESULT IN ENTRY OF JUDGMENT BY DEFAULT AGAINST THE DEFENDANT OR MAY OTHERWISE BAR DEFENDANT FROM ASSERTING ITS INTEREST.

DATE: July 17, 2013

JEFFREY M. GRAHAM, P.A.
905 LaHarpe Blvd.
Little Rock, Arkansas 72201
(501) 614-6020

ATTORNEY FOR THE PLAINTIFF

PAPER: Arkansas Democrat-Gazette

                                                                        **CIRCUIT CLERK**